1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES NOLAN NANCE, JR.,

           Plaintiff,

   v.

BREMERTON POLICE DEPT, *et al.*,

           Defendants.

Case No.  C08-5039 BHS/KLS

ORDER STRIKING
DEFENDANT LACROSS'
MOTION TO DISMISS

     Before the court is the "Motion to Dismiss for Failure to State a Claim" of Defendant David LaCross." (Dkt. # 19).   The motion shall be stricken from the court's calendar for failure to comply with the Federal Rules of Civil Procedure and Local Rules for the United States District Court for the Western District of Washington.

     Counsel is directed to Local Rule CR 7 regarding the filing of motions and other papers in this court. All motions shall include in the caption the date the motion is to be noted for consideration upon the court's motion calendar.  CR7(b)(1).  All dispositive motions shall be noted no earlier than the fourth Friday after filing and service of the motion.  CR7(d)(3).

     In addition, Mr. LaCross' motion is woefully deficient in that it contains no facts or argument. The court and parties are left to guess on what basis he has moved to dismiss.  The court will not consider

ORDER
Page - 1

such a deficient filing.[1]

Accordingly, it is **ORDERED:**

(1)   Defendant LaCross' motion to dismiss (Dkt. 19) is **Stricken** from the court's calendar.

DATED this 2nd day of May, 2008.

Karen L. Strombom
United States Magistrate Judge

---

[1] The court also notes that Mr. LaCross logged on to CM/ECF, the court's electronic filing system, using an associate's login and password. If Mr. LaCross is acting as his own counsel in this matter, he is directed to utilize his own login and password to ensure that his future pleadings and motions are "signed" for purposes of CM/ECF filings.

ORDER
Page - 2