UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES NOLEN NANCE, JR.,

    Plaintiff,

    v.

BREMERTON POLICE DEPARTMENT, et al.,

    Defendants.

Case No. C08-5039BHS

ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 34) and Plaintiff's Objections to the Report and Recommendation (Dkt. 37). The Court has considered the Report and Recommendation, Plaintiff's objections, and the remaining record herein.

In his complaint, Plaintiff seeks compensation for his vehicle that was impounded during the investigation of his underlying arrest. Dkt. 5. Plaintiff's vehicle was sold at an auction while he was in pretrial custody. *Id*. Judge Strombom recommends that the Court grant Defendant Bremerton Police Department's and Defendant City of Bremerton's motion for summary judgment because Plaintiff had failed to state a violation of his constitutional rights for the impound and sale of his vehicle. Dkt. 34. In his objections, Plaintiff fails to identify an erroneous finding of fact or conclusion of law in Judge Strombom's report. Dkt. 37. Instead, Plaintiff reiterates the facts leading to his alleged violation. Plaintiff's objections are overruled.

Therefore, it is hereby

ORDER – 1

**ORDERED** that:

(1) The Court **OVERRULES** Plaintiff's Objections;

(2) The Court adopts the Report and Recommendation; and

(3) Defendant Bremerton Police Department's and Defendant City of Bremerton's Motion for Summary Judgment (Dkt. 28) is **GRANTED** and Plaintiff's claims against these Defendants are **DISMISSED**.

DATED this 2nd day of September, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER – 2