UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES NOLAN NANCE, JR.,

    Plaintiff,

    v.

BREMERTON POLICE DEPARTMENT, et al.,

    Defendants.

Case No. C08-5039BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 41). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's claims against Defendant Kelly Marie Montgomery are **DISMISSED** because Plaintiff has failed to state a claim against Defendant Montgomery upon which relief may be granted.

DATED this 25th day of November, 2008.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

ORDER