UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES NOLEN NANCE, JR.,

Plaintiff,

v.

BREMERTON POLICE DEPARTMENT, *et al.*,

Defendants.

Case No. C08-5039 BHS/KLS

ORDER DIRECTING DEFENDANT LACROSS TO RENOTE MOTION TO DISMISS AFTER PROPER SERVICE

This civil rights action was re-referred to United States Magistrate Judge Karen L. Strombom on January 1, 2009 pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Presently before the Court is the Motion to Dismiss of Defendant David LaCross. Dkt. # 43. The certificate of mailing attached to Defendant's motion indicates that counsel "electronically filed the [motion], along with a proposed order dismissing defendant LaCross from this action with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case." *Id.*, p. 3. Mr. Nance is an incarcerated *pro se* plaintiff, for whom service of all pleadings and motions must be made in paper form by mail. Therefore, he has not received proper notice of Defendant LaCross's motion. *See* CM/ECF Civil and Criminal Procedures (If the recipient is not a registered participant in ECF, service of the underlying document must be made by the filer in paper form according

ORDER - 1

to the Federal Rules.).

Accordingly, it is **ORDERED**:

(1) Defendant LaCross shall serve Plaintiff with a copy of his motion to dismiss by mail and shall file a certificate of mailing with the Court;

(2) Defendant LaCross shall renote his motion to dismiss according to the rules governing the filing of dispositive motions;

(3) The Clerk is directed to strike the present noting date of December 18, 2008 for Defendant LaCross's motion to dismiss (Dkt. # 43); and

(4) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendant LaCross.

DATED this 13th day of January, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2