# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES NOLAN NANCE, JR.,

        v.

BREMERTON POLICE DEPT., et. al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5039BHS

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** because Plaintiff has failed to state a claim upon which relief may be granted.

| | |
|---|---|
|   June 17, 2009 |     BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |